FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

granted to
6-8-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
/pc
MAY 01 2015  5-6-15

Abel Acosta, Clerk

No, 12-13-00308-CR

IN The
Court of Criminal Appeals
Austin, Texas

DAVID FORD

V,

The state of Texas

From Appeal No. 12-13-00308-CR
Trial Cause No. 114-1281-12
Smith, County Texas

First Motion For Extension Of Time to File Petition For Discretionary Review

To the honorable Judges of the court of Criminal Appeals:
Comes Now, DAVID FORD Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Preview. In support of This Motion, Appellant Shows the court the Following:

I.

The petitioner was convicted in the 114th District Court of Smith County, Texas of the offense of Aggravated Robbery w/deadly weapon in Cause No. 114-1281-12 styled state of Texas vs. DAVID FORD. The Petitioner appealed to the court of appeals, 12th Supreme Judicial District. The case was affirmed on February 27, 2015.

II,

The present deadline for filing the petition for Discretionary Review is May 7th, 2015. The petitioner has not requested any extension prior to this, request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of Appeals in affirming his case until March 3rd, 2015.

Since that time petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Austin Reeves Jackson, has informed petitioner that he will not represent him on the petition for Discretionary Review.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary Review in Case No. 12-13-00308-CR To July 5, 2015.

DAVID FORD
Petitioner Pro se.
Texas Department of Criminal Justice
Roach Unit 15845 FM 164
TDCS-IO# 1888141
Childress, TX 79201

## Certificate of Service

I certify that a true & correct copy of the above and foregoing first motion for extension of Time to file a Petition for Discretionary Review, has beeen forwarded by U.S. mail, postage prepaid, first class, to the Attorney for State, Michael J. West, at 100 N. Broadway, Tyler, Tx 75702 and to the State Prosecuting Attorney, P.O. Box 12405 Austin, Tx 78711 on this the 17th day of April, 2015.

DAVID FORD
Petitioner, Pro se

I, DAVID FORD, TDCJ# 1888141, Being Presently incarcerated in the Roach Unit of the Texas Department of Criminal Justice in Childress, County Texas. Verify and declare under penalty of perjury that the foregoing statements are true & correct. Executed on this the 17th Day of April, 2015

DAVID FORD#1888141
Roach Unit 15845 FM 164
Childress, TX 79201.